JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS KOHLER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HOMEGROUND NO. 6606, INC., ET AL.,<br><br>　　　　Defendants. | CASE NO. 2:12-cv-5064-SVW-SP<br><br>ORDER REMOVING CASE FROM ACTIVE CASELOAD |

　　　　On September 21, 2012, the parties in the above-entitled action advised the Court that the matter had been settled;

　　　　On November 2, 2012, the parties informed the Court that Plaintiff had accepted of an offer of compromise made pursuant to Federal Rule of Civil Procedure 68, but requested that this Court retain jurisdiction over the case for the purpose of ruling on plaintiff's motion for attorneys' fees and costs;

　　　　On January 10, 2013, the parties informed the Court that they had reached an agreement on the amount of attorneys' fees in the matter and that plaintiff would not be filing a fee motion;

　　　　IT IS THEREFORE ORDERED that this case is removed from this Court's active caseload without prejudice to the right, upon good cause shown within 30 days, to request a status conference be scheduled if settlement is not consummated.

　　　　This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: January 11, 2013

_____
THE HON. STEPHEN V. WILSON
United States District Judge